**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| IKEY PORTER CURRY,<br><br>        Petitioner,<br><br>        v.<br><br>DEBBIE ASUNCION, Warden,<br><br>        Respondent. | NO. CV 16-09672-JLS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: November 21, 2017.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE